1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNE MARIE POWELL, an individual, CASEY SILVA, an individual, BRENT J. GEARHART, and individual, on their own behalves and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANTHEM, INC., d.b.a. Anthem Health, Inc., an Indiana Corporation, THE ANTHEM COMPANIES, INC., an Indiana Corporation, THE ANTHEM COMPANIES OF CALIFORNIA, a California Corporation, and ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-00314-TLN-DAD<br><br>The Hon. Troy Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING MDL DECISION** |

The Court having considered the Joint Stipulation to Stay Proceedings Pending MDL Decision, and for good cause shown, hereby makes the following Order:

All proceedings and deadlines in this case are STAYED until the Joint Panel on Multidistrict Litigation rules on the motion to transfer and consolidate in *In re: Anthem, Inc. Customer Data Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the Judicial Panel on Multidistrict Litigation transfers this case governing further proceedings in this case, or (b) if centralization is denied, 21 days after the Judicial Panel on Multidistrict Litigation acts.

**IT IS SO ORDERED**.

Dated:  March 5, 2015

Troy L. Nunley
United States District Judge